**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Amelia Bainlardi**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6091<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–27898–MBK | |

# Order of Discharge                                                                                            12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Amelia Bainlardi

<u>8/24/22</u>                                                                   **By the court:** <u>Michael B. Kaplan</u>
                                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Amelia Bainlardi  
    Debtor

Case No. 17-27898-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 24, 2022      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amelia Bainlardi, 227 B Convent Road, Monroe Township, NJ 08831-5094 |
| cr | + | Cenlar FSB as servicer for Home Point Financial Co, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 519663431 | + | Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707-7881 |
| 519663432 | + | Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707, Home Point Financial Corporation, 9726 Old Bailes Road Fort Mill, SC 29707-7881 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517085877 | | EDI: GMACFS.COM | Aug 25 2022 00:48:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517046279 | + | EDI: GMACFS.COM | Aug 25 2022 00:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517046280 | + | EDI: TSYS2 | Aug 25 2022 00:48:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517046281 | + | EDI: CITICORP.COM | Aug 25 2022 00:48:00 | Best Bu, PO Box 78009, Phoenix, AZ 85062-8009 |
| 517136945 | | Email/PDF: bncnotices@becket-lee.com | Aug 24 2022 21:12:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517046282 | + | EDI: CITICORP.COM | Aug 25 2022 00:48:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517046283 | + | EDI: CITICORP.COM | Aug 25 2022 00:48:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517046285 | + | EDI: WFNNB.COM | Aug 25 2022 00:48:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517046284 | + | EDI: WFNNB.COM | Aug 25 2022 00:48:00 | Comenity Bank/anniesez, Po Box 182125, Columbus, OH 43218-2125 |
| 517046286 | + | EDI: WFNNB.COM | Aug 25 2022 00:48:00 | Comenity Bank/nwyrk&co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 517046287 | + | EDI: WFNNB.COM | Aug 25 2022 00:48:00 | Comenitybank/venus, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517046288 | + | EDI: WFNNB.COM | Aug 25 2022 00:48:00 | Comenitycapital/zales, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: 3180W | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 517056946 | | EDI: DISCOVER.COM | Aug 25 2022 00:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517046289 | + | EDI: DISCOVER.COM | Aug 25 2022 00:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517046290 | | Email/Text: bankruptcy@homepointfinancial.com | Aug 24 2022 20:57:00 | Home Point Financial C, Nmls#7706 9 Entin Rd St, Parsippany, NJ 07054 |
| 517247685 | | Email/Text: bankruptcy@homepointfinancial.com | Aug 24 2022 20:57:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 517046291 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 24 2022 20:57:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517193709 | | EDI: PRA.COM | Aug 25 2022 00:48:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517239789 | | EDI: Q3G.COM | Aug 25 2022 00:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517046292 | + | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 517046293 | + | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 517049084 | + | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517046294 | + | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517046295 | + | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517046296 | + | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517046297 | + | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517046298 | + | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517046299 | + | EDI: RMSC.COM | Aug 25 2022 00:48:00 | Synchrony Bank/TJX, Po Box 965005, Orlando, FL 32896-5005 |
| 517046300 | | EDI: TDBANKNORTH.COM | Aug 25 2022 00:48:00 | TD Bank NA, Attn: Bankruptcy, PO Box 1190, Lewiston, ME 04243 |
| 517046301 | | EDI: TDBANKNORTH.COM | Aug 25 2022 00:48:00 | TD Bank, NA, Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 24, 2022 | Form ID: 3180W | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Home Point Financial Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Cenlar FSB as servicer for Home Point Financial Corporation cmecf@sternlav.com |
| Robert C. Nisenson | on behalf of Debtor Amelia Bainlardi r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5