UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Amelia Bainlardi

Case No.: 17-27898
Chapter: 13
Judge: MBK

## NOTICE OF PROPOSED PRIVATE SALE

_____Amelia Bainlardi_____, _____Debtors_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 E. State Street, Trenton, New Jersey

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on September 28, 2022 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, Trenton, New Jersey. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 234A Amboy Road, Monroe Township, NJ 08831

Proposed Purchaser: Frances Bainlardi

Sale price: $218,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Robert C. Nisenson, Esq
Amount to be paid: $1500.00
Services rendered: Real Estate Attorney

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Robert C. Nisenson, Esq.

Address: 10 Auer Court, East Brunswick, NJ 08816

Telephone No.: 732-238-8777

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Amelia Bainlardi  
    Debtor

Case No. 17-27898-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Aug 25, 2022     Form ID: pdf905     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amelia Bainlardi, 227 B Convent Road, Monroe Township, NJ 08831-5094 |
| cr | + | Cenlar FSB as servicer for Home Point Financial Co, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 519663431 | + | Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707-7881 |
| 519663432 | + | Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707, Home Point Financial Corporation, 9726 Old Bailes Road Fort Mill, SC 29707-7881 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517085877 | | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2022 20:37:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517046279 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2022 20:37:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517046280 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 25 2022 20:38:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517046281 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 20:44:40 | Best Bu, PO Box 78009, Phoenix, AZ 85062-8009 |
| 517136945 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 20:44:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517046282 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 20:44:40 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517046283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 25 2022 20:44:25 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517046285 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 20:38:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517046284 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 20:38:00 | Comenity Bank/anniesez, Po Box 182125, Columbus, OH 43218-2125 |
| 517046286 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 20:38:00 | Comenity Bank/nwyrk&co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 517046287 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 20:38:00 | Comenitybank/venus, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517046288 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 20:38:00 | Comenitycapital/zales, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Aug 25, 2022 | Form ID: pdf905 | Total Noticed: 36

| Recipient ID | | Transmission | Date/Time | Address |
|---|---|---|---|---|
| 517056946 | | Email/Text: mrdiscen@discover.com | Aug 25 2022 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517046289 | + | Email/Text: mrdiscen@discover.com | Aug 25 2022 20:37:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517046290 | | Email/Text: bankruptcy@homepointfinancial.com | Aug 25 2022 20:37:00 | Home Point Financial C, Nmls#7706 9 Entin Rd St, Parsippany, NJ 07054 |
| 517247685 | | Email/Text: bankruptcy@homepointfinancial.com | Aug 25 2022 20:37:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 517046291 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2022 20:37:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517193709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 20:44:24 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517239789 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2022 20:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517046292 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:29 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 517046293 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:36 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 517049084 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517046294 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:36 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517046295 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:36 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517046296 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:23 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517046297 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:36 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517046298 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:36 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517046299 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:36 | Synchrony Bank/TJX, Po Box 965005, Orlando, FL 32896-5005 |
| 517046300 | | Email/Text: bankruptcy@td.com | Aug 25 2022 20:38:00 | TD Bank NA, Attn: Bankruptcy, PO Box 1190, Lewiston, ME 04243 |
| 517046301 | | Email/Text: bankruptcy@td.com | Aug 25 2022 20:38:00 | TD Bank, NA, Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04243 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf905 | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Home Point Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeanette F. Frankenberg | on behalf of Creditor Cenlar FSB as servicer for Home Point Financial Corporation cmecf@sternlav.com |
| Robert C. Nisenson | on behalf of Debtor Amelia Bainlardi r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5