UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

**Order Filed on October 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Amelia Bainlardi

| | |
|---|---|
| Case No.: | 17-27898 |
| Hearing Date: | |
| Chapter: | 13 |
| Judge: | MBK |

AMENDED
ORDER AUTHORIZING
SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: October 19, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly

known as _____234A Amboy Road, Monroe Township, NJ_____, New Jersey (the Real

Property).

IT IS hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract
of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are
otherwise avoided by court order. Until such satisfaction the real property is not free and clear of
liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a
request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the
following professional(s) may be paid at closing.

| |
|---|
| Name of professional:  Robert C. Nisenson |
| Amount to be paid:    $1,688.00 |
| Services rendered:    Debtors Attorney |

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate
broker's commissions and attorney's fees for the Debtor's attorneys on further order of this
court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and
adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $   all proceeds    claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

3

9. The Estate is free to sell the property.

10. The Debtor will receive ½ the proceeds from the sale of the property and ½ proceeds will go to Trustee.  The Debtors plan will then be deemed complete.

11. Other provisions: "The property is being sold free and clear to any liens."

12. All real estate taxes and water and sewer fees will be paid at the time of closing.

13. The provision of Rule 6004(h) shall not be applicable to the matter and the Debtor shall be permitted to sell the property immediately.